# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JENS P. HANSEN,

    Plaintiff,

v.                                            Case No. 4:19cv197-AW-HTC

FLORIDA COMMISSION
ON OFFENDER REVIEW,

    Defendant.

_____/

## ORDER OF DISMISSAL

The Court has considered the magistrate judge's October 28, 2019 Report and Recommendation. ECF No. 24. The Court has also considered de novo the issues raised in the Plaintiff's objection, ECF No. 29, and the Plaintiff's other filings after the Report and Recommendation issued, ECF Nos. 27, 28.

I have determined that the Report and Recommendation should be adopted. The relief Plaintiff seeks is to undo the decision of the Commission on Offender Review. He specifically asks "for an injunction that will quash the 'Action' of the Commissioners and require that the Commissioners re-initiate the review process, abiding by Florida law and the U.S. Constitution." ECF No. 20 at 15. This, after the state court rejected his claim that the Commissioners' decision was unlawful. As the

1

Report and Recommendation concludes, this suit is an attack on the state-court judgment.

Accordingly, it is now ORDERED:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This clerk shall enter a judgment that says "This case is dismissed for lack of federal jurisdiction."

3. The clerk shall close the file.

SO ORDERED on February 7, 2020.

s/ *Allen Winsor*
United States District Judge
